**JS-6**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBIN LESSER, an individual, | ) ) ) | CV 09-5699 RSWL (CWx) |
| Plaintiff, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, a corporation; NORTHROP GRUMMAN HEALTH CARE PLAN, an ERISA plan; DOES 1 THROUGH 10, inclusive, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

   The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

   **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Plaintiff Robin Lesser and

1  against Defendants Metropolitan Life Insurance Company and
2  Northrop Grumman Health Plan in the amount of $600,000, with
3  credit for any monies already paid on the Optional Life
4  Insurance Policy.  Plaintiff shall recover costs.
5
6  DATED: November 24, 2010
7  **IT IS SO ORDERED.**
8
                              RONALD S.W. LEW
                              _____
9                             **HONORABLE RONALD S.W. LEW**
                              Senior, U.S. District Court Judge